# CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2025, I electronically filed the Defendants-Appellees Brief with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service was accomplished by the CM/ECF system.

I further certify that I sent ten paper copies of the Brief to the Clerk of Court for the United States Court of Appeals for the Eighth Circuit, and one paper copy of the Brief to opposing counsel, via UPS to the following locations:

| | |
|---|---|
| Clerk's Office<br>Thomas F. Eagleton Courthouse<br>111 South 10th Street<br>Room 24.329<br>St, Louis, MO 63102 | Upper Midwest Law Center<br>Douglas P. Seaton<br>James V.F. Dickey<br>Alexandra K. Howell<br>12600 Whitewater Dr., Suite 140<br>Minnetonka, MN 55343 |
| Keith Ellison<br>Minnesota Attorney General<br>445 Minnesota Street, Suite 1400<br>St. Paul, MN 55101-2131 | Liberty Justice Center<br>Reilly Stephens<br>7500 Rialto Blvd.<br>Suite 1-250<br>Austin, TX 78735 |

1

BRAD JOHNSON
ANOKA COUNTY ATTORNEY

Dated: February 3, 2025    By: */s/Jason J. Stover*
                               Jason J. Stover (#30573X)
                               jason.stover@anokacounty.gov
                               Anoka County Attorney's Office
                               2100 Third Avenue
                               Anoka, Minnesota 55303
                               Phone: (763) 324-5450
                               Assistant Anoka County Attorney

                               *Attorneys for Defendants-Appellees*