No. 24-3094

# In the United States Court of Appeals for the Eighth Circuit

Minnesota Voters Alliance, et al.,

Plaintiffs – Appellants,

v.

Keith Ellison, in his official capacity as Minnesota Attorney General, et al.,

Defendants – Appellees,

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
Case No. 23-cv-02774 (NEB), Hon. Nancy E. Brasel

**CERTIFICATE OF SERVICE REGARDING MOTION OF AMERICAN CIVIL LIBERTIES UNION OF MINNESOTA FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF**

I hereby certify that on February 10, 2025, I caused to be filed the Motion of American Civil Liberties Union of Minnesota for Leave to File Amicus Curiae Brief with the Clerk of Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: February 10, 2025

Respectfully submitted,

/s/ *Craig S. Coleman*
Craig S. Coleman (0325491)
Hannah M. Leiendecker (0399361)
Erica Abshez Moran (0400606)
Kacie Phillips Tawfic (0399980)
Paige K. Haller (0403828)
**FAEGRE DRINKER BIDDLE & REATH LLP**
2200 Wells Fargo Center, 90 S. Seventh St.
Minneapolis, MN 55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600
craig.coleman@faegredrinker.com
hannah.leiendecker@faegredrinker.com
erica.moran@faegredrinker.com
kacie.tawfic@faegredrinker.com
paige.haller@faegredrinker.com

*-AND-*

Teresa J. Nelson (MN #0269736)
David P. McKinney (MN #0392361)
AMERICAN CIVIL LIBERTIES
UNION OF MINNESOTA
2828 University Avenue Southeast
Suite 160
Minneapolis, MN 55414
Phone: 651.645.4097
tnelson@aclu-mn.org
dmckinney@aclu-mn.org

*Counsel for Proposed Amicus*