July 22, 2025

Susan E. Bindler
Clerk of Court
U.S. Court of Appeals - Eighth Circuit
Thomas F. Eagleton Courthouse
111 South 10th Street, Room 24.329
St. Louis, MO 63102-1116

  **Re:** *Minnesota Voters Alliance, et al. v. Keith Ellison, et al.*
     **U.S. Court of Appeals File No. 24-3094**

Dear Ms. Bindler:

  This letter provides my unavailability for oral argument in this case in light of the Court's current calendar. I will be unavailable on October 24 and December 15.

          Sincerely,

          /s/**Allen Cook Barr**
          ALLEN COOK BARR
          Assistant Attorney General

          (651) 757-1487 (Voice)
          (651) 297-1235 (Fax)
          allen.barr@ag.state.mn.us

          *Attorney for Appellee*
          *Keith Ellison, in his official capacity*
          *as Minnesota Attorney General*

cc: James V.F. Dickey
   Reilly Stephens
   Jason J. Stover