IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

No. 24-3094

Minnesota Voters Alliance; Mary Amlaw; Ken Wendling; Tim Kirk,

*Plaintiffs-Appellants*,

v.

Keith Ellison, in his official capacity as Minnesota Attorney General; Brad Johnson, in his official capacity as Anoka County Attorney,

*Defendants-Appellees*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

Case No. 23-CV-02774-NEB-TNL

**Motion for Withdrawal of Counsel for Appellants**

Undersigned counsel respectfully moves, pursuant to Federal Rule of Appellate Procedure 27, to withdraw as counsel of record for Plaintiffs-Appellants Minnesota Voters Alliance; Mary Amlaw; Ken Wendling; and Tim Kirk, in the above-captioned case. Effective June 12, 2026, Alexandra K. Johnson, formerly known as Alexandra K. Howell, undersigned counsel will leave her position with the Upper Midwest Law Center. Plaintiffs-Appellants Minnesota Voters Alliance;

Mary Amlaw; Ken Wendling; and Tim Kirk, will continue to be represented by the attorneys at the Upper Midwest Law Center and Liberty Justice Center who have appeared in the district court and in this appeal.

Dated: June 12, 2026

By: */s/ Alexandra K. Johnson*

**UPPER MIDWEST LAW CENTER**
Alexandra K. Johnson (#0504850)
12600 Whitewater Dr., Suite 140
Minnetonka, Minnesota 55343
(612) 428-7000
Allie.Howell@umlc.org

*Withdrawing Attorney*

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 99 words, excluding the parts exempted by Federal Rule of Appellate Procedure 32(f). This motion also complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5)-(6) because it was prepared in Times New Roman 14-point font using Microsoft Word for Microsoft 365.

Dated: June 12, 2026

By: *<u>/s/ Alexandra K. Johnson</u>*
Alexandra K. Johnson
Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing on June 12, 2026, with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in this case are registered CM/ECF users and that service has been accomplished by the CM/ECF system.

Dated: June 12, 2026

By: *_/s/ Alexandra K. Johnson_*
Alexandra K. Johnson
Attorney