**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

---

No. 24-3094

---

Minnesota Voters Alliance; Mary Amlaw; Ken Wendling; Tim Kirk

Plaintiffs - Appellants

v.

Keith M. Ellison, in his official capacity as Attorney General; Brad Johnson, in his official capacity as Anoka County Attorney

Defendants - Appellees

------------------------------

American Civil Liberties Union of Minnesota

Amicus on Behalf of Appellee(s)

---

Appeal from U.S. District Court for the District of Minnesota
(0:23-cv-02774-NEB)

---

**JUDGMENT**

Before GRUENDER, STRAS, and KOBES, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in part, reversed in part, and remanded to the district court for proceedings consistent with the opinion of this court.

August 20, 2026

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

---

/s/ Susan E. Bindler