UNITED STATES COURT OF APPEALS
FOR THE EIGTH CIRCUIT

24-3094

Minnesota Voters Alliance, et al.

Plaintiffs-Appellants,

vs.

Keith Ellison, et al.

Defendants-Appellees.

**APPELLEES' MOTION FOR EXTENSION OF TIME TO FILE FOR REHEARING AND/OR REHEARING EN BANC**

TO: Court Administration and all Counsel of Record of the Above-Named Court.

Appellees Minnesota Attorney General Keith Ellison and Anoka County Attorney Brad Johnson respectfully request a fourteen-day extension on the time for filing a petition for rehearing and/or rehearing en banc. The case presents a number of important and complex constitutional issues, and it implicates significant state interests. Appellees request an extension of time in order to further examine the Panel decision, review relevant caselaw, and prepare arguments in support of rehearing.

Under Federal Rules of Appellate Procedure 36(c) and 40(a)(1), any petition for rehearing would currently be due on or before September 3. The requested fourteen-day extension would result in a due date of September 17.

Dated: August 25, 2026

Respectfully submitted,

KEITH ELLISON
State of Minnesota
Attorney General

/s/**Allen Cook Barr**
ALLEN COOK BARR (#0399094)
NATHAN J. HARTSHORN (#0320602)
Assistant Attorneys General

445 Minnesota Street, Suite 600
St. Paul, Minnesota 55101-2125
(651) 757-1487 (Voice)
(651) 297-1235 (Fax)
allen.barr@ag.state.mn.us
nathan.hartshorn@ag.state.mn.us

ATTORNEYS FOR APPELLEE
KEITH ELLISON

BRAD JOHNSON
Anoka County Attorney

/s/**Jason J. Stover**
JASON J. STOVER (#30573X)
Assistant Anoka County Attorney

2100 Third Avenue
Anoka, Minnesota 55303
(763) 324-5450 (Voice)
jason.stover@anokacounty.gov

ATTORNEYS APPELLEE
BRAD JOHNSON

## CERTIFICATE OF COMPLIANCE WITH FED. R. APP. P. 32

1. This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because this brief contains 118 words, excluding the parts of the motion exempted by Fed. R. App. P. 32(f).

2. This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this motion has been prepared in a proportionally spaced typeface using Microsoft Word 365 in 14-point Times New Roman font.

/s/**Allen Cook Barr**
ALLEN COOK BARR

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2026, I caused to be filed the Appellees' Motion for Extention of Time to File for Rehearing and/or Rehearing En Banc with the Clerk of Court for the U.S. Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/**Allen Cook Barr**
ALLEN COOK BARR



Appellate Case: 24-3094 Page: 3 Date Filed: 08/25/2026 Entry ID: 5676137